

# Fourth Court of Appeals
## San Antonio, Texas

June 29, 2018

No. 04-18-00042-CV

Joseph M. **ESPARZA** and Volaire Jet Interiors, Inc.,
Appellants

v.

Chad F. **CHRISTIAN**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2017CV03128
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The parties have filed a Second Agreed Motion to Abate Appellate Deadlines pending mediation. The parties request that we abate this appeal until July 14, 2018. The parties' agreed motion is **GRANTED**. It is **ORDERED** that the appellant file a motion requesting an appropriate disposition of this appeal on or before **July 14, 2018**. TEX. R. APP. P. 42.1, 43.2; *see Caballero v. Heart of Texas Pizza, L.L.C.*, 70 S.W.3d 180, 180 (Tex. App.—San Antonio 2001, no pet.).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court